# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                          ltrust@osbornlawpc.com

## MEMO ENDORSED.

October 4, 2023

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, New York 10007-1312

> Re:    *Colon v. Commissioner of Social Security*
>          Civil Action No. 1:23-cv-05715-PGG-OTW

Dear Judge Wang,

We write on behalf of our client, Militza Colon, and with the consent of the defendant, to request additional time to file his motion for judgment on the pleadings which is currently due on October 5, 2023, per the Court's July 5, 2023 Standing Order.  This is the parties' first request for an extension of time.

After conferring with the defendant, the parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before:  **January 23, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **May 13, 2024**; and

- Plaintiff to file his reply, if any, on or before: **May 27, 2024.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036          Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Ona T. Wang
October 4, 2023
Page Two

       Thank you for your consideration of this request.

                        Respectfully submitted,

                        s/Daniel A. Osborn
                        Daniel A. Osborn
                        OSBORN LAW, P.C.
                        43 West 43rd Street, Suite 131
                        New York, New York 10036
                        Telephone:    212-725-9800
                        Facsimile:    212-500-5115
                        dosborn@osbornlawpc.com

cc: Jonathan M. King, Esq. (by ECF)

Application **GRANTED.**

**SO ORDERED.**

Ona T. Wang        10/5/23
U.S.M.J.